Keitsch and another. No opinion. Motion for reargument denied, with $10 costs. See 106 N. Y. Supp. 1137.

MINSKY, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Louis Minsky against I. Randolph Jacobs. J. C. Weschler, for appellant. M. Radin, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

MOORE v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Frances E. Moore against the board of education. No opinion. Motion granted. Order filed.

MOORE v. VULCANITE CO. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Albert S. Moore against the Vulcanite Company. No opinion. Motion denied, with $10 costs. Order filed.

MORRELL, Respondent, v. VILLAGE OF SANDY HILL, Appellant. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by Almeda Morrell against the village of Sandy Hill. PER CURIAM. Judgment and order affirmed, with costs. CHESTER and KELLOGG, JJ., dissent.

MORRIS, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by George Morris against the board of education. C. G Galston, for appellant. T. F. Noonan, for respondent. No opinion. Determination affirmed, with costs. Order filed.

MORRIS & CUMINGS CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by the Morris & Cumings Company against the city of New York. Mr. Brown, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MULLEN, Respondent, v. J. J. QUINLAN & CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Edward P. Mullen against J. J. Quinlan & Co. No opinion. Judgment and order unanimously affirmed, with costs.

MULLEN, Respondent, v. STATE LINE TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Thomas Mullen against the State Line Telephone Company. No opinion. Judgment and order unanimously affirmed, with costs.

MURTAUGH, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by John J. Murtaugh against Murdoch M. Campbell. T. C Byrnes, for appellant. C. D. Miller, for respondent. PER CURIAM. Judgment and order affirmed with costs. Order filed. INGRAHAM, J., dissents.

MUSIC TRADES CO., Respondent, v. MUSICAL COURIER CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by the Music Trades Company against the Musical Courier Company. A. F. Seligsberg, for appellant. J. J. O'Connell, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. Order filed.

MYERS v. STURGIS et al. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by Charles M. Myers against Frank K. Sturgis and others. No opinion. Motion granted, and questions certified. Order filed.

NAPPA, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1908.) Action by Frank Nappa against the Erie Railroad Company. PER CURIAM. Judgment and order affirmed, with costs. KRUSE, J., dissents, upon the ground that the failure to properly secure the skid was a detail of the work, and the insecurity resulting therefrom was not a defect in the ways, works, and machinery, within the meaning of the employer's liability act.

In re NAUGHTON. (Supreme Court, Appellate Division, First Department. December 27, 1907.) In the matter of Michael Naughton. No opinion. Application granted. Settle order on notice.

NELLIGAN v. GROTH et al. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Aloysius Nelligan, as receiver, etc., against Peter Groth and another. No opinion. Motion to dismiss appeal denied, and motion for leave to correct papers on appeal granted, without costs.

NEWELL, Respondent, v. NEWELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Ralph W. Newell against Annie M. Newell, individually, etc. No opinion. Judgment and order affirmed, with costs.

NEW YORK JUVENILE ASYLUM, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by the New York Juvenile Asylum against the city of New York. J. Wamsley, for appellant. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NIXON v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First De-